IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GEORGE EDGAR DELANEY,

        Appellant,

v.

        Case No.    5D21-1567
        LT Case No. 2019-CF-001010-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Ryan M. Belanger, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and NARDELLA, JJ., concur.